UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:16-cv-00221-FDW-DCK

| | |
|---|---|
| JEREMIAH HARROLD, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br> )<br>Defendant. )<br> ) | ORDER |

THIS MATTER is before the Court on the Memorandum and Recommendation ("M&R") (Doc. No. 13). Federal Rule of Civil Procedure 72(b) allows a party fourteen (14) days to file specific written objections to a Magistrate Judge's proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). By copy of the M&R, each party was advised of the right to file written objections. No objections were filed by either party as of the date of this Order. After a careful review of the record, and finding no error, the Court hereby ADOPTS and APPROVES the findings and recommendations set forth in the M&R (Doc. No. 13). The Court DENIES Plaintiff's "Motion For Summary Judgment" (Doc. No. 7), GRANTS Defendant's "Motion For Summary Judgment" (Doc. No. 11), and AFFIRMS the Commissioner's decision.

IT IS SO ORDERED.

Signed: March 5, 2018

Frank D. Whitney
Chief United States District Judge